UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:26-cv-747-MOC-DCK

| | | |
|---|---|---|
| **YENNIFFER BONNEMA,**<br>**KEVIN SCOTT BONNEMA,**<br><br>**Plaintiffs,**<br><br>**vs.**<br><br>**TODD BLANCHE, et al.,**<br><br>**Defendants.** | ) | **ORDER** |

**THIS MATTER** is before the Court following Plaintiff's Unopposed Motion to Voluntarily Dismiss without Prejudice, filed pursuant to FED. R. CIV. P. 41(a)(1)(a)(2). (Doc. No. 5). As Plaintiff explains in the motion through counsel, the relief sought by filing this immigration action has been granted. That is, Plaintiff Yenniffer Bonnema has received the green card she was seeking. Thus, the action is moot.

Plaintiff's motion (Doc. No. 5) is **GRANTED,** and this matter is **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

Signed: November 19, 2026

Max O. Cogburn Jr.
United States District Judge